UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SULLIVAN

UNITED STATES OF AMERICA

- v. -

PASQUALE PARRELLO, et al.,

                Defendants.

ORDER

16 Cr. ___ ( )

**16 CRIM 522**

      Upon the application of the United States of America by Jessica Lonergan, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 16 Cr. ___ ( ), be unsealed on August 4, 2016 at 7:00 a.m., and the caption of this matter shall be *United States* v. *Pasquale Parrello* et al.

Dated: New York, New York
       August ⟨⟩ 2016

                                          **Barbara Moses**
                                          **United States Magistrate Judge**
                                          **Southern District of New York**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 03 2016
```